▇▇▇ Moreover, it is not every leading question which presents reversible error.

Unless such questions are hurtful and highly prejudicial to the rights of the defendant, there will ordinarily not be a reversal by this court. See Branch's Ann.P.C. Sec. 157, p. 90.

Under the facts here disclosed, we do not believe the rights of the defendant were prejudiced by the questions objected to.

Appellant has urged a great number of objections to the court's main charge and requested a number of special charges. We have carefully examined the charge in the light of his objections and have reached the conclusion that the same, together with the special requested charges which were given, fairly and adequately applied the law to every phase of the case as made by the testimony.

Finding no error in the record, the judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## FREEMAN v. STATE.

### No. 20026.

Court of Criminal Appeals of Texas.

Dec. 14, 1938.

Wm. E. Davenport, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft of chickens; the punishment, a fine of $100 and confinement in jail for 90 days.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.